IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

              Plaintiff,                      ORDER

v.

                                           09-cr-016

KEN JESSICK and

              Defendant.

---

For reasons stated at the April 9, 2009 revocation hearing, it is ORDERED that defendant Ken Jessick is RELEASED from custody.

It is FURTHER ORDERED that Jessick shall continue on his previously-ordered pretrial release conditions, with the additional condition that he shall remain on 24/7 lockdown at home except for travel directly to and from necessary medical, psychological and substance abuse treatment for himself or his significant other. Jessick shall report any such travel and appointment to pretrial services in advance.

Date: April 9, 2009

                                           BY THE COURT:

                                           STEPHEN L. CROCKER
                                           Magistrate Judge